```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 07 B 15060
   DIANA REED
                                                CHAPTER 13

                                                JUDGE: BRUCE W BLACK

        Debtor
   SSN XXX-XX-0977


------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
      Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

     1.   The case was filed on 08/20/07 and confirmed on 10/24/07.

     2.   The case was dismissed after confirmation, 12/19/2008.

     3.   The Debtor paid a total of $    2080.00 .

     4.   The Trustee made disbursements to creditors as follows:


------------------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT      INTEREST      PRINCIPAL
                                                              PAID          PAID
------------------------------------------------------------------------------
ASPIRE VISA                UNSECURED      NOT FILED             .00           .00
BLACKHAWK MEDICAL          UNSECURED      NOT FILED             .00           .00
EAST WEST UNIVERSITY       UNSECURED      NOT FILED             .00           .00
OXFORD MGMT SERVICES       UNSECURED      NOT FILED             .00           .00
ECMC                       UNSECURED        56959.70            .00           .00
T MOBILE USA               UNSECURED         1124.09            .00           .00
TRIAD FINANCIAL CORP       UNSECURED        19927.26            .00           .00
INTERNAL REVENUE SERVICE   PRIORITY          1047.05            .00           .00
PREMIER BANKCARD/CHARTER   UNSECURED          242.02            .00           .00
INTERNAL REVENUE SERVICE   UNSECURED          241.37            .00           .00
            Summary of disbursements:
------------------------------------------------------------------------------
                    SECURED      PRIORITY     UNSECURED        OTHER         TOTAL
------------------------------------------------------------------------------
TOTAL CLMS ALLOWED      .00       1047.05      78494.44          .00      79541.49
PRINCIPAL PAID          .00           .00           .00          .00           .00
INTEREST PAID           .00           .00           .00          .00           .00
TOTAL PAID              .00           .00           .00          .00           .00
The Debtor's attorney, JOHN A REED                    , was allowed $   3500.00
and was paid $    276.00  direct and $    1972.88  through the plan.

The Trustee received $     107.12 .

Refunds to the Debtor totaled $        .00 .

     Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.
```

Dated: 03/12/09

/s/
GLENN STEARNS
CHAPTER 13 TRUSTEE

PAGE  2
CASE NO. 07 B 15060 DIANA REED